EX. 15

ILLINOIS DEPARTMENT OF CORRECTIONS

**Search Record/Confiscated Contraband**

Exhibit No. ______
CLIC No. ______

Date: ______ Time: ______ ☐ a.m. ☐ p.m. Bldg. Area: ______

Living Area: ______ Occupied: ☐ Yes ☐ No

Violator: ______ No. ______

Violator: ______ No. ______

Was any contraband found? ☐ Yes ☐ No

Item(s) (Description and circumstances of discovery): ______

mounting Bracket on the right side of the seat on which [illegible] of Individual [illegible] [illegible] fell off

Witness: ______

Disciplinary Report written: ☐ Yes ☐ No Incident Report written: ☐ Yes ☐ No

______
Employee Signature

______ Badge No. ______ Date ______ Time ☐ a.m. ☐ p.m.

**Shift Supervisor:** Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

☐ Major Contraband ☐ Minor Contraband: ______
Signature

Disposition: ______

Date: ______ Time: ______ ☐ a.m. ☐ p.m. Initials: ______

**Receiving Custodian:** Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

☐ Major Contraband ☐ Minor Contraband: ______
Custodian Signature

Chain-of-Custody after the Custodian has received the item:

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

Final Disposition: ______

Date: ______ Custodian's Initials: ______

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Individual in Custody

DOC 0300 (Rev. 9/2021)

Ex. 16

ILLINOIS DEPARTMENT OF CORRECTIONS

**Search Record/Confiscated Contraband**

Exhibit No. ______
CLIC No. ______

Date: 11-28-23 Time: 1255 ☐ a.m. ☐ p.m. Bldg. Area: [illegible]

Living Area: ______ Occupied: ☐ Yes ☐ No

Violator: [illegible] No. [illegible]

Violator: ______ No. ______

Was any contraband found? ☐ Yes ☐ No

Item(s) (Description and circumstances of discovery):

2nd Metal Mounting bracket fell off right side seat of Individual Cornelius wheelchair

Witness: ______

Disciplinary Report written: ☐ Yes ☐ No Incident Report written: ☐ Yes ☐ No

______ Employee Signature

______ Badge No. ______ Date ______ Time ☐ a.m. ☐ p.m.

**Shift Supervisor:** Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

☐ Major Contraband ☐ Minor Contraband: ______ Signature

Disposition: ______

Date: ______ Time: ______ ☐ a.m. ☐ p.m. Initials: ______

**Receiving Custodian:** Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

☐ Major Contraband ☐ Minor Contraband: ______ Custodian Signature

Chain-of-Custody after the Custodian has received the item:

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

From: ______ To: ______
Date Received: ______ Time: ______ ☐ a.m. ☐ p.m.

Final Disposition: ______

Date: ______ Custodian's Initials: ______

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Individual in Custody

DOC 0300 (Rev. 9/2021)

Ex. 17

ILLINOIS DEPARTMENT OF CORRECTIONS

**Individual in Custody Request**

HCUA

Individual in Custody Name: Cornille ID #: B33097 Living Unit: 1B5-6

Job Assignment: ______ Shift: ______

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services ☐ OAEVS ☐ Vocational ☐ Business Office ☐ Record Office ☐ Placement Office

☐ Health Care Unit ☑ other (specify): Warden Chad Jennings

for the purpose of (explain):

Requesting a [illegible] w/u to discuss medical care for my back [illegible]/Surgery along w/ broken wheel chair. Its been a month here & it's still not been [illegible]

EY: ____

Have you previously discussed this issue with a staff member? ☐ No ☑ Yes If yes, name: you

[signature] Individual in Custody's Signature

11/28/23 Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary): Already on sickcall

Print Staff Name ______ [signature] Staff Signature 12/1 Date

Distribution: Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 3/2022)

DEC 0 1 2023

Assigned Grievance #/Institution: 23-1875F ROB Housing Unit: 1B5 Bed #: 6

1st Lvl rec: N/A Med-11f

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: 12.7.23 LE

| Date: 11/30/23 | Individual in Custody (please print): Cornille, Bradley J | ID #: B88097 | Race (optional): |
|---|---|---|---|
| Present Facility: Rob | | Facility where grievance issue occurred: Rob | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report

Date of report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Ex. 18

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am bringing this as an emergency due to serious risk of irreparable harm. On 11/30/23 while held in Robinson 1B5-6 I've been forced to endure severe cruel & unusual punishment because I've been trying to get my wexford assigned wheel chair replaced for over three (3) weeks w/o any positive action despite multiple IDOC security staff trying to help & several HCU staff like Phil Martin HCU Admin./ADA Coor. stating for three (3) weeks that a new wheel chair had been ordered. Come today 11/30/23 the seat in said wheel chair finished ripping out causing me to fall slamming down into the steel X support of the wheel chair jarring my already severly damaged

☒ Continued on reverse

**Relief Requested:**

New wheel chair assigned to me. Fully document all the failures to protect. Fully document the new trauma w/ Doctor eval. Expedite all new surgery/specialist appointments, while following all their orders.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is **NOT** an emergency grievance.

Bradley J Cornille Jr — Individual in Custody's Signature | B88097 — ID# | 11/30/23 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 12-4-23 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Emergency

Print Counselor's Name — Sign Counselor's Name — Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 12.6.23

Is this determined to be of an emergency nature:
☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

[signature] — Chief Administrative Officer's Signature | 12.6.23 — Date

Assigned Grievance #/Institution: ______ Housing Unit: 1D Bed #: 5-b

1st Lvl rec: ______

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: ______

back (for which I'm Pending to see neurosurgery) causing extreme Pain in back/hip w/shooting/tingling in L leg. (To note this is on top of Prior issue's) To clearly note all this could of been prevented due to the fact these wheel chair issues have been known to all including HCU for three (3) weeks I've talked to multiple security staff whom called HCU, I talked to Phil Martin HCU Admin & Warden Chad Jennings in person couple of times, & Counselor Jenkins I talked to &, he called & emailed HCU Martin. But it should especially have been known/handled & corrected when HCU was told on 11/28 & 11/29 about metal seat supports breaking off in which IDOC security staff collected them & notified HCU. This harm, extreme suffering, & damaged could have been prevented, IDOC failed to protect yet again. Mind you HCU continued to claim they had no wheel chairs not even a loner chair yet they provided me w/a loner wheel chair w/in (30) thirty minutes of my wheel chair breaking completly & me falling. Eot BL

Ex. 18A

Rec'd on 1·3·24
IB KA

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 12/07/2023 **Date of Review:** 12/11/2023 **Grievance #:** 23-1875E

**Individual in Custody Name:** Bradley Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving medical treatment, saying that he has been trying to get his wheelchair replaced. He was told that has been ordered for 3 weeks. The seat in his current chair completely ripped out today causing him to fall into the chair and cause more pain. He wants his chair and to rush his apts.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written.

This grievance was deemed an emergency grievance by the CAO.

Per Director of Nursing (DON) S. Bickers RN, "Wheelchair was issued to Individual in Custody on 12/04/23. Referrals will be made as quickly as possible."

Ex. 18

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be affirmed. Per statement from DON Bickers the individual has received the chair that he asked for, and will be scheduled for his appointment as soon as possible.

Lance Ellington — Print Grievance Officer's Name

Lance Ellington (signature) Lance Ellington 2023.12.11 10:40:44 -06'00' — Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 01. 02. 2024 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

(signature) — Chief Administrative Officer's Signature 01-02-2024 — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

(signature) — Individual in Custody's Signature B88097 — ID# 01-05-2024 — Date

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

EX.18C

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: CORNILLE, BRADLEY

ID# : B88097

1/25/24
Date

Facility: ROBINSON

This is in response to your grievance received on 01/12/2024. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 11/30/2023 **Grievance Number:** 23-1875E **Griev Loc:** ROB

- ■ Medical CLAIMS TO BE WAITING FOR NEW WHEELCHAIR FOR 3 WEEKS. CURRENT CHAIR SEAT BROKE CAUSING FURTHER DAMAGE TO BACK 11/30/23.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: ________ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other:
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: [signature]
Jeremy Bonnett
Administrative Review Board

CONCURRED: [signature]
Latoya Hughes
Acting Director

CC: Warden, ROBINSON Correctional Center
CORNILLE, BRADLEY, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Ex. 19

To Warden Chad Jennings Of Robinson CC

From Cornille, Bradley J., B88097, 1B 5-6, 12/05/23

RE Requesting your offical response

Hello Sir,

On November 03, 2023 you & I met in the one (1) house counselor's office where I explained in great detail the on-going serious medical need's in relation to the back injury I suffered at Pinckneyville cc & the very serious & urgent need for my missed neurosurgery specialist appointment to be reset quickly. During this meet you call Phil Martin HCU admin. & confirmed such. I've run into your several times in passing since & have asked for your continued support in this matter so here I am in an effort to one (1) get your offical response on this matter & two (2) to seek a full court press to get me to the neurosurgery specialist w/o further delay. I live every moment of every day in some level of pain & I need relief. I was harmed by the negligence of others & it has only continued to get worse after repeat injury. As you will see by the attached exhibit I wrote you a simply request on 11/28/23 & was given a pointless reply by someone telling me I'm on sick call which can do nothing as has already been seen on 11/06/23 which you also told me in our meet so I don't believe this reply is from you sir.

I await your reply & or a pass to have a meeting. Thank you for your time, help, & continued support in my medical care.

Respectfully,

[signature]

Assigned Grievance #/Institution: 23-2006 Rob JH Housing Unit: 1B Bed #: 5-6

1st Lvl rec: 12·21·23 SG 7b

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: 1·3·24 LE

| Date: 12-19-23 | Individual in Custody (please print): Cornille | ID #: B38097 | Race (optional): |
|---|---|---|---|
| Present Facility: Rob | | Facility where grievance issue occurred: Rob | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

EX. 20

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As of 12-19-23 while held Rob 1B 5-6 I have been effected by the dereliction of duty of Clinical services in the proper handling / processing of grievances. Staff fail to provide receipts aka counseling summary for receipts of each grievance, then grievances such as emergency ones are not answered w/in time deadline set by IDOC AD's. Staff such as counsel are under trained & do not know at times how to help like in obtaining copies of previously filed grievances

☐ Continued on reverse

**Relief Requested:**

Provide counseling summary aka receipts for every grievance at any stage. Answer grievances especially emergency grievances within deadline set by IDOC AD's. Better staff in counselor positions training

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

[signature] Individual in Custody's Signature — B38097 ID# — 12/19/23 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 12-20-23 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Grievance Resolved. Grievant Recieved Counseling Summary for Grievances Per D.R. 504

Hendrix — Print Counselor's Name; [signature] — Sign Counselor's Name; 12/28/23 — Date

Fwd on 12·28·23 KA

**Note to individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW: Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

Rcvd on 1·22·24
KA IB

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 01/03/2024 **Date of Review:** 01/17/2024 **Grievance #:** 23-2000

**Individual in Custody Name:** Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving staff conduct. He states that he has not properly been receiving grievance receipts from clinical services. He would like all of these counseling summaries provided to him and all of his grievances answered in a timely manner especially emergency ones.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written.

This grievance was initially answered by Correctional Counselor I (CC I) J. Hendrix. He gave the following response, "Grievance resolved. Grievant received counseling summary for grievances per D.R. 504."

Additionally, all grievances are processed in a timely manner in a first come first completed basis. The only exception to that is with Emergency grievances. They are processed foremost as they are received, and when all of the investigations have been completed.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be declared moot. Due to the fact that this grievance has already been resolved and the proper procedures are being followed.

Lance Ellington — Print Grievance Officer's Name

Lance Ellington (signature) Lance Ellington 2024.01.17 12:11:28 -06'00' — Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

Ex 20A

**Chief Administrative Officer's Response**

**Date Received:** 1.19.2024 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] — Chief Administrative Officer's Signature 1.19.24 — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

[signature] — Individual in Custody's Signature B88097 — ID# 1/24/24 — Date



J.B. Pritzker
Governor

SERVING JUSTICE
DEPARTMENT OF CORRECTIONS
SERVING ILLINOIS

Latoya Hughes
Acting Director

EX 20 B

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Cornille, Bradley

Date: 2/27/24

ID# : B88097

Facility: ROB

This is in response to your grievance received on 1/29/24. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 12/19/23 **Grievance Number:** 23-2000 **Griev Loc:** ROB

- ☐ Medical
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: ______ Incident # ______
- ☒ Other Grievance Process: (12/19/23) Claims not receiving receipts of grievances & emergency grievances not being addressed in a timely manner.

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☐ Other:

FOR THE BOARD: [signature]
Ryan Nothnagle
Administrative Review Board

CONCURRED: [signature]
Latoya Hughes
Acting Director

CC: Warden, ROB Correctional Center
Cornille, Bradley, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: [illegible]

Housing Unit: 1B Bed #: 5-6

1st Lvl rec: N/A Med-11F

2nd Lvl rec: 12-241F

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

| Date: 12/21/23 | Individual in Custody (please print): Cornille | ID #: B88097 | Race (optional): |
|---|---|---|---|
| Present Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Other (specify):
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☒ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Emergency due to serious risk of irreparable harm.

As of 12/21/23 while held in 1B5-6 of Robinson cc under IDOC I have been denied adequate access to medical specialist Neurosurgery for the serious damage to my back that was sustained/occurred while in IDOC at another camp originally, moved here only for back surgery a neurosurgery appointment that was supposed to occur a few days after my transfer here to Robinson on 10/23/23 yet since 10/23/23 despite many efforts of talking w/ Warden Chad Jennings, HCA Justin Summerfield, many nurses & Doctor Beck all whom have given their best effort to help get me to neurosurgery I have still not seen Neurosurgery & I am left waiting while I suffer w/o end in pain. Why? Because of Wexford

☒ Continued on reverse

**Relief Requested:**

Immediate & emergency Neurosurgery appointment w/ their orders followed, nutrition for muscle like protein drinks, vitamins, & diet. Physical therapy & if it can not be provided here at Robinson cc then need to go to PT in free world two to three times a week.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] B88097 12/21/23
Individual in Custody's Signature — ID# — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 12/26/23 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Emergency

Print Counselor's Name — Sign Counselor's Name — Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 12.28.23

Is this determined to be of an emergency nature:

☒ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chad Jennings 12.28.23
Chief Administrative Officer's Signature — Date

Distribution: Master File; Individual in Custody

DOC 0046 (Rev. 8/2023)

Housing Unit: 1B Bed #: 5-6

1st Lvl rec: 2nd Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

Policies & Procedures that cause massive delays in me seeing the specialist to resolve my pain/suffering (if even just a small amount of relief) So here I set bound to a wheel chair, (which before my accident I was not wheel chair confined) not receiving any physical therapy aka PT (again because of Wexford's, Springfield IDOC) & left to suffer w/o reason. I am losing muscle mass, sore muscles, & overall weak feelings. This is leading to serious irreparable harm & of a nature that may not be possible to recover from. Added note my original accident was one IDOC could of prevented yet didn't, just a note & is not subject of this grievance.

EX 21 A

Fwd on 1.11.24 IB VA

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 01/02/2024 **Date of Review:** 01/04/2024 **Grievance #:** 23-2032E

**Individual in Custody Name:** Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving medical treatment, stating that he has been denied access to a neurologist and therapy. He was supposed to go to an appointment shortly after arriving here and has yet to go. He is in constant pain and needs these to progress. He has asked everyone but gotten no answer or help.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written.

This grievance was deemed an emergency grievance by the CAO.

Per Health Care Unit Administrator (HCUA) P. Martin, " Per SA Woodward, "you are scheduled for a neurosurgery consult. When the appointment date arrives, you will be sent out." When this consult is completed a practitioner will then medically decide your plan of care."

Ex 21 B

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied. Per statements from HCUA Martin and SA Woodward the individual is being treated per medically approved protocol.

Lance Ellington — Lance Ellington (signature) Lance Ellington 2024.01.04 15:32:12 -06'00'

Print Grievance Officer's Name — Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 1.10.24 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

(signature) — 1.10.24

Chief Administrative Officer's Signature — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

(signature) — B88097 — 01/12/24

Individual in Custody's Signature — ID# — Date

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

Ex 21 C

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: CORNILLE, BRADLEY

2/7/24
Date

ID# : B88097

Facility: ROBINSON

This is in response to your grievance received on 01/26/2024. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 12/21/2023 **Grievance Number:** 23-2032E **Griev Loc:** ROB

☒ Medical CLAIMS THAT IDOC AND WEXFORD POLICY AND PROCEDURES ARE KEEPING GRIEVANT FROM TREATMENT BY NEUROLOGIST FOR INJURIES.

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

☐ Staff Conduct

☐ Commissary / Trust Fund

☐ Conditions (cell conditions, cleaning supplies, etc.)

☐ Disciplinary Report: Dated: ______ Incident #

☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other:

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: [signature]
Jeremy Bennett
Administrative Review Board

CONCURRED: [signature] Latoya Hughes
Acting Director

CC: Warden, ROBINSON Correctional Center
CORNILLE, BRADLEY, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: 1999-Dau-0113-2 Housing Unit: 1B Bed #: 5-6

1st Lvl rec: N/A Med-11F

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: 1-10-24 LF

| Date: 1-8-24 | Individual in Custody (please print): Cornille | ID #: B88097 | Race (optional): |
|---|---|---|---|
| Present Facility: Rob | | Facility where grievance issue occurred: Rob | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Emergency due to serious risk of irreparable harm! As of 1-8-24 - while held under duress at Robinson CC in 1B 5-6 I have been denied access to physical therapy (PT) due to insufficient HCU staffing. ADA Gym can not classify as PT because there is no PT there to assist, aid or train. I'm a wheelchair confined IIC I need this PT to regain my strength & prevent further loss & harm.

☐ Continued on reverse

**Relief Requested:** Provide physical therapy either w/in Robinson CC or outside of Robinson CC at least twice per week.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Individual in Custody's Signature — B88097 ID# — 1/8/24 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 1-10-24 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Emergency

Print Counselor's Name ______ Sign Counselor's Name ______ Date ______

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 1.12.24

Is this determined to be of an emergency nature:

☒ Yes; expedite emergency grievance

☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

[signature] Chief Administrative Officer's Signature — 1.12.24 Date

Ex. 22

Distribution: Master File; Individual in Custody

DOC 0046 (Rev. 8/2023)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 01/16/2024 **Date of Review:** 01/17/2024 **Grievance #:** K42-0124-0115 E

**Individual in Custody Name:** Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving medical treatment. He states that he has been denied access to physical therapy due to lack of staffing. He feels ADA gym does not qualify because there is no one there to train or assist. He wants to be given physical therapy here or at an outside place twice a week.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written.

This grievance was deemed an emergency grievance by the CAO.
Per Health Care Unit Administrator (HCUA) P. Martin, "I did not see a referral for physical therapy in your medical record. There are home exercises in your medical record from previous off-site care visits that you have previously received education about. Furthermore, an MD would have to order physical therapy, if medically indicated."

Ex 22A

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied per statement from HCUA Martin.

Lance Ellington — Lance Ellington [signature] Lance Ellington 2024.01.17 10:02:51 -06'00'

Print Grievance Officer's Name — Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 1.19.2024 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] — 1.19.2024

Chief Administrative Officer's Signature — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

[signature] — B88097 — 1/24/24

Individual in Custody's Signature — ID# — Date

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

Ex. 22B

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: CORNILLE, BRADLEY

2/8/24
Date

ID# : B88097

Facility: ROBINSON

This is in response to your grievance received on 01/29/2024. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 01/08/2024 **Grievance Number:** K42-0124-0115E **Griev Loc:** ROB

- [x] Medical CLAIMS TO BE DENIED PHYSICAL THERAPY AT FACILITY AS OF 1/8/24.
- [ ] Dietary
- [ ] Personal Property
- [ ] Mailroom/Publications
- [ ] Staff Conduct
- [ ] Commissary / Trust Fund
- [ ] Conditions (cell conditions, cleaning supplies, etc.)
- [ ] Disciplinary Report: Dated: ________ Incident #
- [ ] Other

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [x] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- [ ] Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- [ ] Other:

FOR THE BOARD: [signature]
Jeremy Bonnett
Administrative Review Board

CONCURRED: [signature]
Latoya Hughes
Acting Director

CC: Warden, ROBINSON Correctional Center
CORNILLE, BRADLEY, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

Assigned Grievance #/Institution: Rob-0124-019 Housing Unit: 1B Bed #: 5-6

1st Lvl rec: 1-11-24 TJ Med-1.1a

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec: 1-25-24 LE

| Date: 1-8-24 | Individual in Custody (please print): Cornille | ID #: B88097 | Race (optional): |
|---|---|---|---|
| Present Facility: Rob | | Facility where grievance issue occurred: Rob | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify): ______
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As of today 1-8-24 while held under duress at Robinson cc in 1B5-6 IDOC AD 04.03.103 has been violated in regards to the handling of sick call request w/in the last 45 days I have submitted approx. 20 sick call request slip's w/two (2) being returned to me telling me I'm on the sick call list, yet I'm still waiting to be seen for a # of issue's from cough, back pain, medication refills, & medication update's. Yet I'm still waiting & per AD sick call is suppose to be done w/in

☒ Continued on reverse

**Relief Requested:**

Fix the broken medical care system of Robinson cc.

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

[signature] B88097 1/8/24
Individual in Custody's Signature ID# Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 1-10-24 TJ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Per HCUA - P. Martin " seen by R.N. Stephens on 1/10/24 at 10:05 AM. Multiple issues discussed - 3 medications renewed by telephone order from Dr. Babich per R.N. Stephens. Dr. Babich denied order for Ensure dietary supplement. R.N. Stephens to check on order for wedge pillow. There are backlogs with Health Care due to nursing staff, correctional staff, and no current M.D. Springfield and Wexford have been notified of these needs

T. Jenkins [signature] 1-17-24
Print Counselor's Name Sign Counselor's Name Date

TWO on 1-18-24 KA

**Note to individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

Ex. 23

Assigned Grievance #/Institution: Housing Unit: Bed:

1st Lvl rec: ILLINOIS DEPARTMENT OF CORRECTIONS 2nd Lvl rec:

**Individual in Custody's Grievance**

24-72 hours from HCU receiving them (time depends on week-ends). This is the fault of Admin. NOT general staff of HCU who does all they can for us.

#3.23

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

1B
FWD on 2/15/24 MH

**Grievance Officer's Report**

**Date Received:** 01/25/2024 **Date of Review:** 02/08/2024 **Grievance #:** K42-0124-0119

**Individual in Custody Name:** Bradley Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving medical treatment, saying that he has requested to be seen on sick call multiple times. He has been told that he is on the list but has not been seen. He needs seen for multiple health issues at the fault of the administration. He wants us to fix the broken medical care system at RCC.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written.

This grievance was initially answered by TA Correctional Counselor I (CC I) T. Jenkins. He gave the following response, "Per HCUA Martin, 'seen by R.N. Stephens on 01/10/24 at 12:25 am. multiple issues discussed - 3 medications renewed by telephone order from Dr. Babich per R.N. Stephens. Dr. Babich denied order for Ensure dietary supplement. R.N. Stephens to check on order for wedge pillow. There are backlogs with Health Care due to nursing staff, correctional staff and no current M.D. Springfield and Wexford have been notified of these needs.' "

Also, DR504F Section 504.830 (a) "No merit grievances include grievances that: 1) Have previously been addressed for which there is no additional information."

Ex 23B

**Recommendation:**

Based upon review of all available information this grievance officer recommends that the following grievance be denied per statement from CCI Jenkins, and DR504F Section 504.830 (a).

Lance Ellington
Print Grievance Officer's Name

Lance Ellington [signature]
Lance Ellington
2024.02.08 10:06:00 -06'00'
Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 2.13.24 ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature]
Chief Administrative Officer's Signature

2.13.24
Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

[signature]
Individual in Custody's Signature

B88097
ID#

2/16/24
Date

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

Ex. 23 C

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Cornille, Bradley

3/13/24
Date

ID# : B88097

Facility: ROB

This is in response to your grievance received on 2/23/24. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 1/8/24 **Grievance Number:** K42-0124-0119 **Griev Loc:** ROB

- [x] Medical (1/8/24) Claims submitting several sick call requests slips and not being seen per AD 04.03.103.
- [ ] Dietary
- [ ] Personal Property
- [ ] Mailroom/Publications
- [ ] Staff Conduct
- [ ] Commissary / Trust Fund
- [ ] Conditions (cell conditions, cleaning supplies, etc.)
- [ ] Disciplinary Report: Dated: ________ Incident #
- [ ] Other

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [x] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- [ ] Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- [ ] Other:

FOR THE BOARD: [signature]
Ryan Nothnagle
Administrative Review Board

CONCURRED: [signature]
Latoya Hughes
Acting Director

CC: Warden, ROB Correctional Center
Cornille, Bradley, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: R42-0124-0133E ROB    Housing Unit: 1B    Bed #: 5-6

1st Lvl rec: N/A Med-lle    2nd Lvl rec: 1.19.24 LE

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

| Date: 01-16-24 | Individual in Custody (please print): Cornille | ID #: B88097 | Race (optional): |
|---|---|---|---|
| Present Facility: Rob | | Facility where grievance issue occurred: Rob | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This grievance is brought as an emergency due to serious risk of irreparable harm. While held 1B5-6 of Robinson I was set for a medical writ on 01/16/24 at 10 AM for Neurosurgery, an appointment that was canceled for the second time w/o any legal, just, or reasonable reason why. I have been trying to be seen w/ neurosurgery since I was orginally hurt in a fall (at IDOC's fault) that stole my ability to walk & put me wheelchair bound an while I suffer in extreme pain in my back 24/7 w/o relief!

☐ Continued on reverse

**Relief Requested:**

Immediate reset for neurosurgery appointment. Full disclosure of why my appointment was cancelled along w/ who's at fault for said cancellation. If y'all claim the appointment was canceled for staffing issues then force relocation.

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is **NOT** an emergency grievance.

[signature] Individual in Custody's Signature    B88097 ID#    01/16/24 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 1/16/24 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Emergency

Print Counselor's Name ______ Sign Counselor's Name ______ Date ______

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 1.16.24

Is this determined to be of an emergency nature:
☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

[signature] Chief Administrative Officer's Signature    1.16.24 Date

Distribution: Master File; Individual in Custody

DOC 0046 (Rev. 8/2023)

Ex 24

Rec'd on 1-24-24 KA 1B

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

EX 24 A

**Grievance Officer's Report**

**Date Received:** 01/19/2024 **Date of Review:** 01/22/2024 **Grievance #:** K42-0124-0172E

**Individual in Custody Name:** Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving medical treatment. He states that his second neurology appointment was canceled without reason. He has been trying to be seen and has yet to have an appointment. He wants immediately rescheduled, to know why, and if staff issues then a forced relocation.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written.

This grievance was deemed an emergency grievance by the CAO.

Per Health Care Unit Administrator (HCUA) P. Martin, "Due to security staffing issues and transportation issues, your medical furlough is being rescheduled."

Additionally, transfers are done through clinical staff and you need to discuss eligibility and possible transfers with your housing unit counselor.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied per statement from HCUA Martin and transfer protocol.

Lance Ellington — Print Grievance Officer's Name

Lance Ellington (signature) Lance Ellington 2024.01.22 10:38:51 -06'00' — Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 1. 23. 2024 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

(signature) — Chief Administrative Officer's Signature 1. 23. 2024 — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

(signature) — Individual in Custody's Signature B88097 — ID# 1/26/24 — Date

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

Ex 24B

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: CORNILLE, BRADLEY

2/15/24
Date

ID# : B88097

Facility: ROBINSON

This is in response to your grievance received on 02/02/2024. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 01/16/2024 **Grievance Number:** K42-0124-0172E **Griev Loc:** ROB

- ☒ Medical CLAIMS TO HAVE HAD TWO MED FURLOUGHS TO NEUROLOGY CANCELLED W/O REASON 1/16/23.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: ____ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☐ Other:

FOR THE BOARD: [signature] Jeremy Bonnett, Administrative Review Board

CONCURRED: [signature] Latoya Hughes, Acting Director

CC: Warden, ROBINSON Correctional Center
CORNILLE, BRADLEY, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Robinson CC Center

Ex. 25

| Offender Information: | | | |
|---|---|---|---|
| Camille | Bradley | | ID#: B88097 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/23/24 250pm | RN note: Health care unit received call from neurosurgery Dr. Chu, stating he would not like to see individual due to "fracture being begnin" & reccommended "back brace & w/c be taken". Dr. Babich notified and his recommendation is referal to psych. [signature] | P) appointment w/ MD on 1/28/24. |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Assigned Grievance #/Institution: Med-24-Feb-11 Housing Unit: 1B Bed #: 5-6

1st Lvl rec: N/A Med-11f

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: 25-241E

| Date: 01-28-24 | Individual in Custody (please print): Cornille | ID #: B88097 | Race (optional): NE |
|---|---|---|---|
| Present Facility: Rob | | Facility where grievance issue occurred: Rob | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

Ex. 26

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This grievance is brought as an emergency due to serious risk of irreparable harm, being paralyzed, & or death. Jan. 28, 2024 between 10:30 & 11:30 hours while held 1B 5-6 of Robinson. I was called to the base HCU where I seen Dr. G. Babich via computer screen on Zoom meeting. Dr. G. Babich informed me that an unknown neurosurgeon called him telling him that I did not need seen by neurosurgery because there is no nerve damage. Dr. Babich wouldn't give me this alleged neurosurgeon's name despite my request nor would Dr. Babich show/provide me w/a report from this

☒ Continued on reverse

**Relief Requested:**

Emergency halt to Dr. Babich's orders of physical therapy & any transition from wheelchair until I personally see neurosurgery, cardiovascular, & orthosurgeon to fully address, treat, repair, & plan for my full restoration from this serious back injury caused by IDOC failures. No retaliation in any manner or form. A 1on1 meeting w/ AW Lay, HCUA Martin, & DON Bilkers.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Individual in Custody's Signature — B88097 ID# — 28-01-24 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Emergency

Print Counselor's Name ______ Sign Counselor's Name ______ Date ______

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 2.2.24

Is this determined to be of an emergency nature:

☒ Yes, expedite emergency grievance

☐ No; an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

[signature] Chief Administrative Officer's Signature — 2.2.24 Date

Distribution: Master File; Individual in Custody

DOC 0046 (Rev. 8/2023)

Assigned Grievance Institution: Housing Unit: 1D Bed #: 5-6

1st Lvl rec: 2nd Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

alleged neurosurgeon. Dr. Babich nor his alleged "neurosurgeon" have never done any exams on me nor even spoke w/me. I asked Dr. Babich about cardio-vascular because of the "vertebral body hemangioma at L2" Exhibit 1 is MRI results from 09/22/23, hemangioma is a blood clot, Dr. Babich made light (in my opinion) of the seriousness of the hemangioma. I proceeded to ask Dr. Babich about orthosurgeon because of three displaced fractures in the L2, L3, & L4 (see exhibit 1) needing reset/reallignedt. Dr. Babich stated "that's not important nor needed" I question Dr. Babich's thought process & opinion on this because everytime I've broke or even displaced a bone it gets reset, reallignedt, & stabilized so I do not believe that Dr. Babich is/holds the right professional credentials as an MD to determine such serious issue's at hand (bones need ortho; blood clots/vessel need cardio) the injuries I have a repeat trauma to same area could cause the blood clot to burst leading to me bleeding out internally or a fracture brakes loose & sever (or damage) the spine leading to me being paralyzed. I was told after my initial injury by Dr. Davidson at the hospital ER that neurosurgery would be my 1st specialist consult, then cardiovascular & orthosurgeon. These three (3) are exactly who I need to see in person for them to do exams & making ruling/reports to fix the damage. BL

CC: Dr. Steven Bowman, Dr. Meeks, Dr. Conway, & Attorney Walsh BL

An added note on 01/26/24 around 10AM I talked w/ AW Loy on the walk & he said that my missed (by IDOC fault) Neurosurgery appointment on 01/16/24 was being rescheduled so more proof of Dr. Babich false Neurosurgery allegation. BL

Ex. 26 A



SIH Memorial Hospital
Carbondale
405 West Jackson Street

Cornille, Bradley J
MRN: 1210478, DOB: 12/26/1991, Sex: M
Acct #: 100001288118
Adm: 9/22/2023, D/C: 9/22/2023

Exhibit 1 of grievance K42-0724-1284E

*Providers are independent contractors and not employees of Southern Illinois Healthcare*

**Final Diagnoses (ICD-10-CM) (continued)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| R60.0 | Localized edema | | | | |

**Events**

**Hospital Outpatient at 9/22/2023 0920**

Unit: SIH Memorial Hospital of Carbondale
Patient class: Outpatient

**Discharge at 9/22/2023 2359**

Unit: SIH Memorial Hospital of Carbondale
Patient class: Outpatient

**ED Events**

None

**All Orders**

Null

**All Orders**

No orders found for this encounter

**Imaging - All Results**

**MRI lumbar spine with and without contrast [92970949]**

Resulted: 09/22/23 1124, Result status: Final result

Ordering provider: Non-Electronic Order 09/22/23 0920
Filed by: Interface, Merge311_Imaging_Orders_And_Results_Incoming 09/22/23 1128
Accession number: SIH2560008
Narrative:

Resulted by: Jonathan Mark Rindner, DO
Performed: 09/22/23 1022 - 09/22/23 1024

Resulting lab: RADIOLOGY LLB

EXAMINATION: MRI LUMBAR SPINE WITHOUT AND WITH IV CONTRAST.

History: Lumbar spine transverse process fracture.

Technique: Multiplanar, multisequence MRI of the lumbar spine without and with IV gadolinium contrast. 8 ml Gadavist administered IV.

Comparison: CT lumbar spine 09/02/2023.

Findings:
Vertebral body heights maintained. Vertebral body hemangioma at L2. Edema and enhancement is seen in the right transverse processes of L2, L3, and L4 in association with minimally displaced fractures at these locations. Marrow signal is otherwise normal. Lumbar alignment normal. Conus terminates at a normal level. Paraspinal tissues otherwise within normal limits.

L1/L2: No spinal canal stenosis or neural foraminal stenosis.

L2/L3: No spinal canal stenosis or neural foraminal stenosis.

L3/L4: Disc bulge. No spinal canal stenosis. Mild left neural foraminal stenosis.

L4/L5: Disc bulge. Central annular fissure. No spinal canal stenosis. Mild bilateral neural foraminal stenosis.

L5/S1: Disc bulge. Central annular fissure. No spinal canal stenosis or neural foraminal stenosis.

Impression:
Edema and enhancement seen in the right transverse processes of L2 - L4 in association with fractures at these locations. No evidence of cauda equina or nerve root injury. Lumbar alignment normal. Multilevel degenerative spondylosis without high-grade spinal canal or neural foraminal stenosis.

Electronically signed by: JONATHAN RINDNER D.O.
Date: 09/22/2023

Assigned Grievance #/Institution: [illegible] Housing Unit: 1B Bed #: 5-6

1st Lvl rec: NA Med - IH

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: 2/8/24 LE

| Date: 02-01-24 | Individual in Custody (please print): Cornille | ID #: B88091 | Race (optional): NE |
|---|---|---|---|
| Present Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
- ☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Other (specify):
- ☐ Disciplinary Report

Date of report Facility where issued

Ex. 26B

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Emergency grievance due to the serious obvious risk of irreparable harm &/or death. 02/01/24 while held 1B 5-6 of Robinson I was called to the base HCU where an unknown nurse informed me per Dr. Glen Steven Babich (Babich is an MD NOT A SPECIALIST!) Illinois license # 036-114518 contracted by Wexford Health Sources Inc. had ordered me to turn over my medically approved & needed back brace. This nurse also provided me w/ a walker & told me to use it around the unit ONLY, for now then in 6-8 weeks they will take my wheelchair. First off this so-called

☒ Continued on reverse

**Relief Requested:**

Emergency halt of me dealing w/ Babich! Return my back brace to me! Emergency appointments w/ Cardiovascular (for blood clot/tumor in my back) & ortho (for bulged disc, displaced & non displaced fractures in my back) specialist! No more retaliation! Rush the exhaustion process to save my life & so I can get to the courts! Halt any Babich orders regarding my back's medical treatment unless it's referals for cardio & ortho!

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[signature] Individual in Custody's Signature B88091 ID# 02-01-24 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 2-2-24 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

EMERGENCY

Print Counselor's Name Sign Counselor's Name Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 2/7/24

Is this determined to be of an emergency nature:

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

[signature] Chief Administrative Officer's Signature 2/7/24 Date

Distribution: Master File; Individual in Custody

DOC 0046 (Rev. 8/2023)

Housing Unit: 1B Bed #: 2-6

1st Lvl rec: 2nd Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

Ex. 26C

Dr. Babich has never done ANY Physical exam on me! Never done a nerve conduction exam! Never done a muscle density/reflex exam! NEVER DONE NOTHING! Dr. Babich is an MD, General Practitioner who's only practiced family medicine. Babich is NOT an ortho specialist NOR a cardiovascular specialist! Dr. Babich is NOT in a position to make no determination's in regards to my medical care seeing as he is not a specialist which my back injuries need specialist care! Babich never even done any exams on me! Secondly the damage in my back has never been repaired yet, not the blood clot/tumor, not the displaced & non displaced fractures, not even the bulged disc! I fully blame IDOC from Director Latoya Hughes to Dr. Steven Bowman of OHS, to Dr. Steven Meeks medical Director to DD Kim Smith, to Warden Chad Jennings, to AW William "Bill" Loy, to HCUA Phil Martin, to Dr. Glen B. Babich for allowing all of this deliberate indifference to my serious medical needs & Pain/suffering! Since taking my back brace around Noon on 2/1/24 I have been in extreme Pain (worse than normal) feeling extremely weak & struggling to do anything. I have not walked in four (4) months so how do you expect me to just start using a walker??? Exactly I can't!!! I fully blame all of you for every bit of my suffering & any future injury & suffering I will endure because you are taking greatly needed medical items used to stabilize me & for not getting me to the needed medical specialist to repair the damage! Damage which occurred because of IDOC! Bottom line Dr. Babich AINT Qualified to treat my back injuries! Also I do not believe a single word the alleged Neurosurgeon says because one No Neurosurgeon ever saw or examined me second the neurosurgeon is most likely (if he even exist) sick of dealing w/ IDOC since yall missed 2 of my appointments! Mind you Dr Babich is the one claiming a neurosurgeon called him telling him I'm ok. BS!!!

Fwd on 2-28-24 KA 1B

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

**Grievance Officer's Report**

K42-0224-0322E

**Date Received:** 02/05/2024 **Date of Review:** 02/22/2024 **Grievance #:** K42-0124-0284E

**Individual in Custody Name:** Bradley Cornille **ID#:** B88097

**Nature of Grievance:**

Individual is grieving medical treatment. He was ordered by the MD to give up his back brace and gave him a walker to use in the unit only. This MD has never examined him, and is not qualified to make this assessment, only a specialist can. They also told him that he did ... (CONTINUED BELOW)

Ex. 26D

**Facts Reviewed:**

(CONTINUED FROM ABOVE)
... not need to see a neurosurgeon, because there is no nerve damage. She would not provide proof of this, and he feels that due to his injuries this is a needed appointment. He is requesting a stop to all of the MD's orders, to see specialists, return his brace, stop all retaliation, and a meeting with the Administration.

This grievance officer has reviewed the grievance as written.

These grievances were deemed an emergency grievance by the CAO.

Per Director of Nursing (DON) S. Bickers RN, "1. There is no referral for Cardiology, nor is one needed for a hemangioma, although an echocardiogram has been ordered. 2. Dr. Chu Neurosurgeon refused to see you, stating that your fractures were benign and would heal themselves. His recommendation to Dr. Babich was to remove the brace and the wheel chair for short distances, but could still be used for long distances. 3. Physical therapy is being ordered for evaluation.

Cornille's reply - DON Bickers is a disgrace to the medical field! Neurosurgeon should not give opinions on fractures! that's what ortho does! A fracture cannot heal itself when it is DISPLACED! Another fine example of Wexford's bs of pocketing money! Wexford won't provide medical so they save/pocket money! DON

**Recommendation:**

Based upon review of all available information this grievance officer recommends that the following grievance be denied per statement from DON Bickers.

Bickers is a Wexford servant & will do anything & say anything to harm IIC's all for money!

Lance Ellington — Print Grievance Officer's Name
Lance Ellington — Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 2/27/24 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] — Chief Administrative Officer's Signature 2/27/24 — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

[signature] — Individual in Custody's Signature B88097 — ID# 2-29-24 — Date

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

EX. 26 E

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: CORNILLE, BRADLEY

ID# : B88097

3/19/24
Date

Facility: ROBINSON

This is in response to your grievance received on 03/06/2024. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 01/28/2024 **Grievance Number:** K42-0124-0284E **Griev Loc:** ROB

- ☒ Medical CLAIMS NOT RECEIVING TREATMENT OR REFERRALS FOR BACK/ORTHOPEDICS OR NEUROSURGEON FOR HEMANGIOMA BY DR. BABICH.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: ________ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☒ Other: MEDICAL TREATMENT IS AT THE DISCRETION OF LICENSED MEDICAL PROFESSIONALS.

FOR THE BOARD: [signature]
Jeremy Bonnett
Administrative Review Board

CONCURRED: [signature]
Latoya Hughes
Acting Director

CC: Warden, ROBINSON Correctional Center
CORNILLE, BRADLEY, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Ex. 27

Gordon Chu, MD Neurosurgery
305 W. Jackson St., Ste. 400
Carbondale, IL 62901

02/05/2024

RE: Official Records Request/Release

I am officially requesting the release of medical records, notes, information, documents, reports, files etc. relating/pertaining/reference to myself from any time period in any manner or form.

Bradley James Cornille Sr., B88097, DOB 12/26/1991.

If there is any forms or notary needed I can do that.

I would like to thank you in advance, I await your prompt reply.

Respectfully,

Bradley J Cornille Sr

Bradley J Cornille Sr., B88097
13423 E. 1150th Ave.
Robinson, IL 62454

To: Business Office | Trust Fund

From: Cornille, B88097, HCU RG 20, 4/19/24

"Court Deadline"

United States District Court
Southern District Of Illinois

Bradley J Cornille Sr.,
Plaintiff,
Case No.
vs.
Percy Myers et. al.,
Complaint for Preliminary Injunction
Defendant(s)

Now comes Plaintiff w/ their Complaint Seeking a Preliminary Injunction herein this matter against Defendant(s) Wexford Health Sources Inc. (#8), Latoya Hughes (#24), Administrative Review Board (ARB)(#19), Steven Bowman (#25), Steven Meeks (#26), & Kim Smith (#27) for the following reasons:

1. Plaintiff incorporates each Paragraph Of their Complaint (attached hereto) as if fully restated herein.

2. Plaintiff will Prove at trial that all Defendant's violated their rights.

3. That Plaintiff will suffer irrepairable harm of life long Pain/damage, blood Clot that could lead to death, & the loss of ability to rewalk if they do not receive a preliminary injunction.

4. Plaintiff's threat of harm is exceptionally greater than any harm Defendant(s) Could Possibly face.

5. A Preliminary injunction will serve the Public interest.

Wherefore Plaintiff ask this Honorable Court to issue the attached Order to Show cause for a Preliminary Injunction.

S/ [signature]
Bradley J Cornille Sr., B88097

United States District Court
Southern District Of Illinois

Bradley J Cornille sr.,
Plaintiff,

v.

Case No.

Percy Myers et.al.,
Defendant(s)

Order To Show Cause for A Preliminary Injunction

Upon the attached complaints, & the affidavit/declaration of the Plaintiff submitted herewith, it is:

Ordered that Defendant(s) Wexford Health Sources Inc. (#8), Latoya Hughes (#24), Administrative Review Board (ARB) (#19), Steven Bowman (#25), Steven Meeks (#26), & Kim smith (#27) Show cause in room ____ Of the United states Courthouse 750 Missouri Ave., E. St. Louis, IL 62201 on the ____ day of ______ 2024, at ______ O'clock, why a Preliminary injunction should not issue Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoing the Defendants, their successors in office, agents, & employees & all other persons acting in concert & Participation w/them, to do: 1st Immediatly get Plaintiff to each & every specialist necessary to treat, repair, & remove the damage/pain in their lower back, 2nd To establish an independant board certified doctor w/ the ARB to review, recommend, & respond to any & all medical grievances., 3rd Establish a stream lined review Process w/ appeal option Process for II's to use when denied to

United States Dis

See off site medical care independant of Wexford Health Sources Inc. 4th/ The right for II's to obtain a second independant medical opinion. 5th/ Mandatory reporting & disclosure to licensce agencies for medical staff compliants.

S/

D/

United States District Judge

United States District Court
Southern District Of Illinois

Bradley J Cornille Sr.,
Plaintiff,

vs. Case No.

Percy Myers et. al.,
Defendant(s)

Declaration Of Bradley J Cornille Sr.

Bradley J Cornille Sr. hereby declares:

I have been incarcerated in IDOC Since 2018. Since Sept. 01, 2023 I have gave my all in trying to Obtain medical Care over my back injury to the Point I feel there is no hope without the Court's intervention. I have several serious medical conditions (Chronic conditions) such as Autoimmune disorder, high blood Pressure, seizures, asthma & more but w/ my autoimmune disorder it can be a serious factor in my back injury, leg issues, & more.

I Plead for the Court to grant Preliminary Injunction for my life, safety & well being.

I declare under Penalty of Perjury that the foregoing is true & correct. Executed at Dixon, IL on: 5/1/24

S/ [signature]
Bradley J Cornille Sr., B38097