# UNITED STATES DISTRICT COURT
### For the Southern District of Illinois

_Bradley J Cornille sr.,_
_____
Plaintiff(s)

v.

_Percy Myers et. al.,_
_____
Defendant(s)

Case Number: 24-1202-SMY

## MOTION AND AFFIDAVIT TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. If incarcerated:
    A. I am being held at: _Dixon CC_
    I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: *You must have an authorized institutional officer complete the last page of this form.*

    B. I declare one of the following:
    [X] I have NOT had 3 or more civil actions dismissed as being frivolous, malicious, or for failure to state a claim and/or received 3 or more "strikes" under 28 U.S.C. § 1915(g).

    [ ] I am proceeding under 28 U.S.C. § 1915(g), based on my claim that I am in imminent danger of serious physical injury.

2. If not incarcerated:
    A. Are you       o Yes       o No   employed?

    B. If employed, my employer's name and address are:

    C. My gross pay or wages are: $_____, and my take-home pay or wages are: $_____ per (specify pay period) _____.

1

3. Other Income. In the past 12 months, I have received income from the following sources (check all that apply):

| | | |
|---|---|---|
| (a) Business, profession, or other | O Yes | ☒ No |
| (b) Rent payments, interest, or dividends | O Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | O Yes | ☒ No |
| (d) Disability or worker's compensation | O Yes | ☒ No |
| (e) Gifts or inheritances | O Yes | ☒ No |
| (f) Any other sources | O Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

2

4. Amount of money that I have in cash or in a checking or savings account: N/A

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

   N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

   N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

   B.J.C. Jr. Son $50+/-
   M.A.C. Daughter $50+/-

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

   N/A

DECLARATION: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 5/1/24

Movant's signature

Bradley J Cornille Jr.
Printed name

AO 240 (Rev. 06/09) Motion to Proceed in District Court Without Prepaying Fees or Costs (Short Form) MODIFIED SDIL (7/2018)

3

Date: 4/22/2024  
Time: 7:47am  
d_list_inmate_trans_statement_composite_sw  

**Dixon Correctional Center**  
**Trust Fund**  

Inmate Transaction Statement  

Page 1

REPORT CRITERIA - Date: 10/22/2023 thru End;   Inmate: B88097;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No;   Statewide ? : Yes

**Inmate:** B88097 Cornille, Bradley J.   **Housing Unit:** DIX-HC-RG-20

| Inst | Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 151.07 |
| PNK | 10/24/23 | Disbursements | 99 Transfer Inmate | 2973154 | Chk #134368 | Robinson CC, Inv. Date: 10/24/2023 | -148.99 | 2.08 |
| ROB | 10/26/23 | Mail Room | 16 GTL | 299200 | 21736471813030 | Michael, Sean | 125.00 | 127.08 |
| ROB | 10/31/23 | Mail Room | 04 Intake and Transfers In | 3042130 | 134368 | Pinckneyville C.C. | 148.99 | 276.07 |
| ROB | 11/01/23 | Disbursements | 81 Legal Postage | 3053130 | Chk #104662 | 2400918, Pitney Bowe, Inv. Date: 10/30/2023 | -1.83 | 274.24 |
| ROB | 11/02/23 | Mail Room | 16 GTL | 306200 | 21738850157091 | Michael, Sean | 35.00 | 309.24 |
| ROB | 11/08/23 | Point of Sale | 60 Commissary | 3127160 | 940977 | Commissary | -65.52 | 243.72 |
| ROB | 11/08/23 | Payroll | 20 Payroll Adjustment | 3121130 | | P/R month of 102023 | 3.52 | 247.24 |
| PNK | 11/09/23 | Payroll | 20 Payroll Adjustment | 3131154 | | P/R month of 102023 | 10.12 | 257.36 |
| PNK | 11/09/23 | Disbursements | 84 Library | 3133154 | Chk #134688 | 190997, DOC: 523 Fun, Inv. Date: 10/23/2023 | -1.60 | 255.76 |
| PNK | 11/09/23 | Disbursements | 81 Legal Postage | 3133154 | Chk #134697 | 190898, Reserve Acct, Inv. Date: 10/17/2023 | -.24 | 255.52 |
| PNK | 11/09/23 | Disbursements | 81 Legal Postage | 3133154 | Chk #134697 | 190935, Reserve Acct, Inv. Date: 10/20/2023 | -.24 | 255.28 |
| PNK | 11/14/23 | Disbursements | 99 Transfer Inmate | 3183154 | Chk #134774 | Robinson CC, Inv. Date: 11/14/2023 | -10.12 | 245.16 |
| ROB | 11/15/23 | Disbursements | 84 Library | 3193130 | Chk #104768 | 2400883, DOC: 523 Fu, Inv. Date: 10/27/2023 | -2.50 | 242.66 |
| ROB | 11/15/23 | Disbursements | 84 Library | 3193130 | Chk #104768 | 2400992, DOC: 523 Fu, Inv. Date: 11/09/2023 | -.70 | 241.96 |
| ROB | 11/15/23 | Disbursements | 84 Library | 3193130 | Chk #104768 | 2400999, DOC: 523 Fu, Inv. Date: 11/09/2023 | -2.70 | 239.26 |
| ROB | 11/15/23 | Disbursements | 81 Legal Postage | 3193130 | Chk #104771 | 2400942, Pitney Bowe, Inv. Date: 11/01/2023 | -1.59 | 237.67 |
| ROB | 11/15/23 | Disbursements | 81 Legal Postage | 3193130 | Chk #104771 | 2401017, Pitney Bowe, Inv. Date: 11/13/2023 | -.24 | 237.43 |
| ROB | 11/15/23 | Disbursements | 81 Legal Postage | 3193130 | Chk #104771 | 2401017, Pitney Bowe, Inv. Date: 11/13/2023 | -.24 | 237.19 |
| ROB | 11/15/23 | Disbursements | 82 Debts due to State (non-postage) | 3193130 | Chk #104772 | 2400957, DOC: 523 Fu, Inv. Date: 11/03/2023 | -5.00 | 232.19 |
| ROB | 11/20/23 | Mail Room | 04 Intake and Transfers In | 3242130 | 134774 | Pinckneyville C.C. | 10.12 | 242.31 |
| ROB | 11/22/23 | Point of Sale | 60 Commissary | 3267145 | 942009 | Commissary | -90.17 | 152.14 |
| ROB | 11/23/23 | Mail Room | 16 GTL | 327200 | 21761018602022 | Michael, Sean | 125.00 | 277.14 |
| ROB | 12/01/23 | Disbursements | 81 Legal Postage | 3353130 | Chk #104867 | 2401072, Pitney Bowe, Inv. Date: 11/17/2023 | -.24 | 276.90 |
| ROB | 12/01/23 | Disbursements | 81 Legal Postage | 3353130 | Chk #104867 | 2401136, Pitney Bowe, Inv. Date: 11/30/2023 | -2.07 | 274.83 |
| ROB | 12/01/23 | Disbursements | 81 Legal Postage | 3353130 | Chk #104867 | 2401148, Pitney Bowe, Inv. Date: 11/30/2023 | -.48 | 274.35 |
| ROB | 12/04/23 | Mail Room | 16 GTL | 338200 | 21761282004004 | Michael, Sean | 30.00 | 304.35 |
| ROB | 12/06/23 | Mail Room | 16 GTL | 340200 | 21761427874469 | Michael, Sean | 100.00 | 404.35 |
| ROB | 12/09/23 | Mail Room | 16 GTL | 343200 | 21761496885413 | Michael, Sean | 50.00 | 454.35 |
| ROB | 12/12/23 | Mail Room | 16 GTL | 346200 | 21761552836645 | Michael, Sean | 50.00 | 504.35 |
| ROB | 12/13/23 | Payroll | 20 Payroll Adjustment | 3471130 | | P/R month of 112023 | 13.00 | 517.35 |
| ROB | 12/14/23 | Point of Sale | 60 Commissary | 3487145 | 943049 | Commissary | -74.27 | 443.08 |
| ROB | 12/18/23 | Disbursements | 84 Library | 3523130 | Chk #105005 | 2401054, DOC: 523 Fu, Inv. Date: 11/17/2023 | -1.00 | 442.08 |
| ROB | 12/18/23 | Disbursements | 84 Library | 3523130 | Chk #105005 | 2401167, DOC: 523 Fu, Inv. Date: 12/05/2023 | -5.40 | 436.68 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Date: 4/22/2024  
Time: 7:47am  
d_list_inmate_trans_statement_composite_sw

# Dixon Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 10/22/2023 thru End;   Inmate: B88097;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No;   Statewide ? : Yes

**Inmate: B88097 Cornille, Bradley J.**   **Housing Unit: DIX-HC-RG-20**

| Inst | Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| ROB | 12/18/23 | Disbursements | 84 Library | 3523130 | Chk #105005 | 2401193, DOC: 523 Fu,   Inv. Date: 12/06/2023 | -.60 | 436.08 |
| ROB | 12/18/23 | Disbursements | 84 Library | 3523130 | Chk #105005 | 2401194, DOC: 523 Fu,   Inv. Date: 12/06/2023 | -.20 | 435.88 |
| ROB | 12/18/23 | Disbursements | 84 Library | 3523130 | Chk #105005 | 2401293, DOC: 523 Fu,   Inv. Date: 12/14/2023 | -.50 | 435.38 |
| ROB | 12/18/23 | Disbursements | 80 Postage | 3523130 | Chk #105006 | 2401162, Pitney Bowe,   Inv. Date: 12/05/2023 | -3.27 | 432.11 |
| ROB | 12/18/23 | Disbursements | 80 Postage | 3523130 | Chk #105006 | 2401289, Pitney Bowe,   Inv. Date: 12/14/2023 | -3.99 | 428.12 |
| ROB | 12/18/23 | Disbursements | 82 Debts due to State (non-postage) | 3523130 | Chk #105007 | 2401171, DOC: 523 Fu,   Inv. Date: 12/05/2023 | -5.00 | 423.12 |
| ROB | 12/20/23 | Mail Room | 16 GTL | 354200 | 21797673591587 | Michael, Sean | 50.00 | 473.12 |
| ROB | 12/29/23 | Mail Room | 16 GTL | 363200 | 21797911653283 | Michael, Sean | 125.00 | 598.12 |
| ROB | 12/29/23 | Disbursements | 88 CSP legal fees | 3633130 | Chk #105127 | 2401419, Christina B,   Inv. Date: 12/29/2023 | -180.00 | 418.12 |
| ROB | 01/02/24 | Disbursements | 81 Legal Postage | 0023130 | Chk #105135 | 2401391, Pitney Bowe,   Inv. Date: 12/29/2023 | -.24 | 417.88 |
| ROB | 01/02/24 | Disbursements | 81 Legal Postage | 0023130 | Chk #105135 | 2401391, Pitney Bowe,   Inv. Date: 12/29/2023 | -.48 | 417.40 |
| ROB | 01/02/24 | Disbursements | 81 Legal Postage | 0023130 | Chk #105135 | 2401391, Pitney Bowe,   Inv. Date: 12/29/2023 | -.48 | 416.92 |
| ROB | 01/02/24 | Disbursements | 81 Legal Postage | 0023130 | Chk #105135 | 2401391, Pitney Bowe,   Inv. Date: 12/29/2023 | -.48 | 416.44 |
| ROB | 01/02/24 | Disbursements | 81 Legal Postage | 0023130 | Chk #105135 | 2401391, Pitney Bowe,   Inv. Date: 12/29/2023 | -.24 | 416.20 |
| ROB | 01/02/24 | Disbursements | 81 Legal Postage | 0023130 | Chk #105135 | 2401391, Pitney Bowe,   Inv. Date: 12/29/2023 | -.48 | 415.72 |
| ROB | 01/05/24 | Point of Sale | 60 Commissary | 0057160 | 944263 | Commissary | -248.26 | 167.46 |
| ROB | 01/09/24 | Payroll | 20 Payroll Adjustment | 0091130 | | P/R month of 122023 | 13.00 | 180.46 |
| ROB | 01/16/24 | Disbursements | 84 Library | 0163130 | Chk #105259 | 2401299, DOC: 523 Fu,   Inv. Date: 12/18/2023 | -.40 | 180.06 |
| ROB | 01/16/24 | Disbursements | 84 Library | 0163130 | Chk #105259 | 2401364, DOC: 523 Fu,   Inv. Date: 12/21/2023 | -.60 | 179.46 |
| ROB | 01/16/24 | Disbursements | 84 Library | 0163130 | Chk #105259 | 2401394, DOC: 523 Fu,   Inv. Date: 12/29/2023 | -8.30 | 171.16 |
| ROB | 01/16/24 | Disbursements | 84 Library | 0163130 | Chk #105259 | 2401518, DOC: 523 Fu,   Inv. Date: 01/09/2024 | -10.00 | 161.16 |
| ROB | 01/16/24 | Disbursements | 84 Library | 0163130 | Chk #105259 | 2401536, DOC: 523 Fu,   Inv. Date: 01/10/2024 | -1.00 | 160.16 |
| ROB | 01/16/24 | Disbursements | 84 Library | 0163130 | Chk #105259 | 2401560, DOC: 523 Fu,   Inv. Date: 01/12/2024 | -2.40 | 157.76 |
| ROB | 01/16/24 | Disbursements | 80 Postage | 0163130 | Chk #105261 | 2401441, Pitney Bowe,   Inv. Date: 01/02/2024 | -.48 | 157.28 |
| ROB | 01/16/24 | Disbursements | 81 Legal Postage | 0163130 | Chk #105261 | 2401511, Pitney Bowe,   Inv. Date: 01/09/2024 | -2.55 | 154.73 |
| ROB | 01/16/24 | Disbursements | 81 Legal Postage | 0163130 | Chk #105261 | 2401534, Pitney Bowe,   Inv. Date: 01/10/2024 | -3.75 | 150.98 |
| ROB | 01/23/24 | Mail Room | 16 GTL | 023200 | 21823089959973 | Michael, Sean | 100.00 | 250.98 |
| ROB | 01/23/24 | Point of Sale | 60 Commissary | 0237160 | 945385 | Commissary | -66.88 | 184.10 |
| ROB | 01/25/24 | Mail Room | 16 GTL | 025200 | 21823139671331 | Michael, Sean | 100.00 | 284.10 |
| ROB | 02/01/24 | Disbursements | 81 Legal Postage | 0323130 | Chk #105414 | 2401563, Pitney Bowe,   Inv. Date: 01/16/2024 | -.24 | 283.86 |