IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., #B88097, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 24-cv-01202-SMY ) |
| PERCY MYERS, JANE DOE 1, JANE DOE 2, JAMIE KARALES, CHRISTINE BROWN, PINCKNEYVILLE CORRECTIONAL CENTER WARDEN, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### JANE DOE IDENTIFICATION ORDER

**YANDLE, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. This Order reviews Plaintiff's filing fee status and sets forth the process and procedures for the identification and substitution of unidentified defendants.

### Filing Fee

Plaintiff was assessed an initial partial filing fee of $54.25. (Doc. 5). The Court notes that Plaintiff's filing fee has been satisfied. (Doc. 7).

### Identification of Unknown Defendants

Plaintiff is proceeding against two unknown defendants, Nurses Jane Doe 1 and 2. (Doc. 9, 12). The Warden of Pinckneyville Correctional Center (currently Warden John Barwick) has been added as a Defendant in his official capacity for the purpose of assisting with the identification of Nurses Jane Doe 1 and 2 (Doc. 12).

The exchange of information for the purpose of identifying Nurses Jane Doe 1 and 2 shall proceed according to the following schedule.

1. Plaintiff shall have until **March 20, 2025** to file a Notice with the Court, and provide to the Warden's attorney, any information he possesses which will help identify Nurses Jane Doe 1 and 2, such as: physical descriptions, gender, rank, partial names/nicknames, specific job assignments, shift times, and locations and dates where Plaintiff interacted with Nurses Jane Doe 1 and 2.

2. The Warden shall have until **March 20, 2025** to file a Notice with the Court and provide Plaintiff the identity of Nurses Jane Doe 1 and 2. If the Warden is unable to identify Nurses Jane Doe 1 and 2, he shall provide Plaintiff with any document or information, including photographs and videos, that may assist in the identification of Nurses Jane Doe 1 and 2[1] by the same deadline. The Warden shall contemporaneously file an affidavit with the Court certifying the steps taken to identify each unknown Defendant based on the information provided or available to the Warden.

3. Plaintiff shall have until **April 10, 2025** to file a motion to substitute specific Defendants for Nurses Jane Doe 1 and 2 or, if Nurses Jane Doe 1 and 2 remain unidentified, to file a motion specifying additional steps that can be taken to identify them.

**Plaintiff's failure to comply with this Order and to identify Nurses Jane Doe 1 and 2 within the required timeframe will result in the dismissal of Nurses Jane Doe 1 and 2 from**

---

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided Plaintiff has executed the required release form.

the action and may also result in dismissal of the case as a whole for failure to prosecute. *See* FED. R. CIV. P. 41(b). The Warden's failure to comply with this Order in a good faith effort to identify Nurses Jane Doe 1 and 2 will result in the imposition of sanctions.

    IT IS SO ORDERED.

    DATED: 2/27/2025

                                                  s/ *Staci M. Yandle*
                                                  Staci M. Yandle
                                                  United States District Judge