THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., B88097, ) <br> ) <br> Petitioner, ) <br> ) <br> v ) <br> ) <br> PERCY MYERS, PINCKNEYVILLE ) <br> COMMUNITY HOSPITAL, SOUTHERN ) <br> ILLINOIS HOSPITAL, JOHN ) <br> DAVIDSON, JAMIE KARALES, ) <br> CHRISTINE BROWN, JANE DOE 1, and ) <br> JANE DOE 2, ) <br> ) <br> Defendants. ) | Case No. 24-cv-1202-SMY |

**MOTION FOR EXTENSION OF TIME**

NOW COME the Defendants, CHRISTINE BROWN, JAMIE KARALES, and JOHN BARWICK, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and for their Motion for Extension of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), state as follows:

1. Plaintiff filed his amended complaint against all defendants seeking monetary and declaratory relief on August 6, 2024. (Doc. 9).

2. The Defendants' Answer or Responsive pleading was due March 25, 2025. (Doc. 26).

3. Each of the Defendants requested representation from the Office of the Illinois Attorney General, and undersigned counsel was assigned to represent these Defendants in February 2025.

4. Undersigned spoke with two of her clients but needs additional time to review relevant documents that were received as recently as the last one and two weeks, as well as confer with one remaining client, in order to prepare a responsive pleading in this case. Counsel's

filing of this motion is untimely as she was unable to complete her review of this case in a timely manner.

5. There is good cause here for the extension for the reasons described above. For excusable neglect, the Court should "consider all relevant circumstances surrounding the party's neglect, including prejudice to the non-movant, length of delay, and reason for the delay." *Bowman v. Korte*, 962 F.3d 995, 998 (7th Cir. 2020), *citing Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd P'ship*, 507 U.S. 380, 395 (1993). The circumstances support the finding of excusable neglect, including Counsel's inability to file a timely Motion for Extension of Time due to personal laptop issues that stopped her from having access to the Corut's filing website on March 25,2025, the short delay in so filing, and the fact that she has been unable to speak with one of the defendants.

6. Upon realizing that the deadline for the answer had passed, action was quickly taken by the filing of this motion. The delay in filing was in no way attributable to Defendants and the resulting prejudice to them would be substantial if they were unable to file an Answer and assert any relevant defenses.

7. Undersigned counsel did not file a piecemeal Answer for two Defendants as that would further waste judicial resources.

8. As such, Defendants respectfully request a thirty (30) day extension, up to and including April 25, 2025, to file a responsive pleading. Defendants respectfully request this Court extend the responsive pleading deadline. *See* Fed. R. Civ. P. 6(b)(1)(B).

9. This request is made in good faith and not for the purpose of delay. Defendants believe Plaintiff will suffer no prejudice with the granting of this extension, as the case is in the beginning stages and no other deadlines are currently pending.

10. As Plaintiff is an incarcerated individual, he could not be reached regarding his position to this motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant Defendants' motion and allow Defendants up to and including April 24, 2025, to file a responsive pleading and for such other relief as this Court deems just and proper.

        Respectfully submitted,

        CHRISTINE BROWN, JAMIE KARALES, and JOHN BARWICK,

            Defendants,

        KWAME RAOUL, Attorney General,
        State of Illinois,

            Attorney for Defendants,

By:    s/Phoenix Mason
        Phoenix Mason, #6328761
        Assistant Attorney General
        500 South Second Street
        Springfield, Illinois 62701
        Telephone: (217) 785-4555
        Facsimile: (217) 782-8767
        E-Mail: Phoenix.Mason@ilag.gov

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., B88097,   )<br>  )<br>Petitioner,   )<br>  )<br>v   )<br>  )<br>PERCY MYERS, PINCKNEYVILLE   )<br>COMMUNITY HOSPITAL, SOUTHERN )<br>ILLINOIS HOSPITAL, JOHN   )<br>DAVIDSON, JAMIE KARALES,   )<br>CHRISTINE BROWN, JANE DOE 1, and )<br>JANE DOE 2,   )<br>  )<br>Defendants.   ) | Case No. 24-cv-1202-SMY |

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 26, 2025, the foregoing document, <u>Motion for Extension of Time</u>, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert S. Tengesdal rtengesdal@cktrials.com
Victor F. Price   vprice@cktrials.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

BRADLEY J. CORNILLE, SR., B88097
Dixon Correctional Center
Individual In Custody Legal Mail
2600 North Brinton Ave
Dixon, Illinois 61021

            By: s/Phoenix Mason
              Phoenix Mason, #6328761
              Assistant Attorney General
              500 South Second Street
              Springfield, Illinois 62701
              Telephone: (217) 785-4555
              Facsimile: (217) 782-8767
              E-Mail: Phoenix.Mason@ilag.gov