THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., B88097, ) <br> ) <br> Petitioner, ) <br> ) <br> v ) <br> ) <br> PERCY MYERS, PINCKNEYVILLE ) <br> COMMUNITY HOSPITAL, SOUTHERN ) <br> ILLINOIS HOSPITAL, JOHN ) <br> DAVIDSON, JAMIE KARALES, ) <br> CHRISTINE BROWN, JANE DOE 1, and ) <br> JANE DOE 2, ) <br> ) <br> Defendants. ) | Case No. 24-cv-1202-SMY |

# DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF COMPLIANCE TO JOHN DOE IDENTIFICATION ORDER (DOC. 25)

NOW COMES the Defendant, JOHN BARWICK, by and through his attorney, KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, and hereby moves for an extension of time to file a Notice of Compliance to this Court's John Doe Identification Order (Doc. 25) and provide information regarding the identity of the John Doe, states as follows:

1. On January 23, 2025, Defendant Barwick was added as a defendant, in his official capacity, for the purpose of identifying Defendants Jane Doe 1 & 2. (Doc. 12).

2. On February 27, 2025, the Court entered its Jane Doe Identification Order, which gave Plaintiff and Defendnant Barwick a simultaneous deadline of March 20, 2025, to file a notice with the Court with any information that would be helpful to identify the Jane Does. (Doc. 25).

3. Plaintiff filed a notice of compliance on March 19, 2025, in which he indicated he had "no other information or evidence other than" what was filed with the complaint. (Doc. 31). He

noted that he had served discovery requests to Barwick to request information, and he attached his requests. (*Id.*).

4. Defendant Barwick did not file anything by the March 20 deadline.

5. Defendant Barwick asks this Court to find counsel's inadvertent oversight of the deadline and failure to timely address the order to file a notice constitutes excusable neglect, as the fault should not be attributed to Defendant.

6. Defendant has demonstrated their willingness to actively litigate this case by submitting their waivers of service and seeking representation in this matter. This case is in the early stage and Defendant sought to remedy the error upon discovery.

7. Federal Rule of Civil Procedure 6(b)(1)(B) allows the Court to extend the time to respond after the deadline has expired upon motion made by the party, if the party failed to act because of excusable neglect.

8. Therefore, Defendant Barwick seeks an extension of time of twenty-one (21) days, up to and including May 2, 2025, to respond to Plaintiff's discovery requests, file a notice of compliance and provide additional information regarding the identity of the Does.

9. This request is made in good faith and not for the purpose of delay.

10. As Plaintiff is an incarcerated individual, he could not be reached for his position regarding this motion prior to filing.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court grant his motion and allow him up to and including May 2, 2025, to file a notice to compliance to this Court's John Doe Identification Order (Doc. 25) and for such other relief as this Court deems just and proper.

Respectfully submitted,

JOHN BARWICK,

    Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

    Attorney for Defendant,

By:    s/Phoenix Mason
       Phoenix Mason, #6328761
       Assistant Attorney General
       500 South Second Street
       Springfield, Illinois 62701
       Telephone: (217) 785-4555
       Facsimile: (217) 782-8767
       E-Mail: Phoenix.Mason@ilag.gov

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., B88097, ) <br> ) <br> Petitioner, ) <br> ) <br> v ) <br> ) <br> PERCY MYERS, PINCKNEYVILLE ) <br> COMMUNITY HOSPITAL, SOUTHERN ) <br> ILLINOIS HOSPITAL, JOHN ) <br> DAVIDSON, JAMIE KARALES, ) <br> CHRISTINE BROWN, JANE DOE 1, and ) <br> JANE DOE 2, ) <br> ) <br> Defendants. ) | Case No. 24-cv-1202-SMY |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2025, the foregoing document, *Motion For Extension of Time to File a Notice of Compliance to this Court's John Doe Identification Order (Doc. 25)* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert S. Tengesdal   rtengesdal@cktrials.com
Victor F. Price          vprice@cktrials.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

BRADLEY J. CORNILLE, SR., B88097
Dixon Correctional Center
Individual In Custody Legal Mail
2600 North Brinton Ave
Dixon, Illinois 61021

                                                              By:    s/Phoenix Mason
                                                                    Phoenix Mason, #6328761
                                                                    Assistant Attorney General
                                                                    500 South Second Street
                                                                    Springfield, Illinois 62701
                                                                    Telephone: (217) 785-4555
                                                                    Facsimile: (217) 782-8767
                                                                    E-Mail: Phoenix.Mason@ilag.gov