In The United States District Court
For The Southern District Of Illinois.
Bradley J. Cornille Sr.
Plaintiff,
            vs. Case No. 24-CV-01202-SMY
Myers et. al.,
Defendants.

Plaintiff's motion for extension of time to reply to Defendant Myers Answer's & Affirmative Defense's to Plaintiff's First Amended Compliant

Now comes Plaintiff Pro se w/ their motion for extension of time to reply to Defendant Perry Myers Answers & Affirmative Defense's to Plaintiff's first Amended Compliant, In support Plaintiff States:

1. Due to their medical/mental capacity limitation as evidenced further in their motion for appointment of counsel on April 09, 2025 it is extremely difficult to respond on time, if not basically impossible.

2. Due to recent issues at Dixon CC w/ excessive lockdowns severly limiting their access to law library & Clerk's to assist them Plaintiff has been & will not be able to meet the deadline to respond.

3. Plaintiff seeks extension of time from 4/24/2025 untill May 12, 2025.

Wherefore Plaintiff Prays this Court will grant their motion for extension of time to reply to Defendant Myers Answers & Affirmative Defense's to Plaintiff's Amended Complaint till May 12, 2025, due to no fault of their own.

/s/ [signature]          April 21, 2025

Certificate of Service
I hereby certify that on 4/21/25 I E-filed this document w/ clerk of the court & all defendants/their counsel/Participants. [signature] 4-21-25



# UNITED STATES DISTRICT COURT
# DISTRICT OF ILLINOIS

*Southern*

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for **Southern** District of Illinois for review and filing.

Name: **Cornille**

ID Number: **B88097**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?  Yes or **No**

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?  Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?  **Yes** or No

   If yes, please list case number: **24-CV-01202-SMY**

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: **2**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Plaintiff's motion for Extension of time | 1 |
| | |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.