# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., #B88097, | )<br>) |
| Petitioner, | )<br>) |
| v | )<br>) Case No. 24-cv-01202-SMY |
| PERCY MYERS, PINCKNEYVILLE COMMUNITY HOSPITAL, SOUTHERN ILLINOIS HOSPITAL, JOHN DAVIDSON, JAMIE KARALES, CHRISTINE BROWN, JANE DOE 1, and JANE DOE 2, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, the foregoing document, *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan M. Lively – jlively@smsm.com
Robert S. Tengesdal – rtengesdal@cktrials.com
Victor Franklin Price – vprice@cktrials.com

and I hereby that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

Respectfully submitted,

By: ___s/Phoenix Mason___

Phoenix Mason, #6328761
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Telephone: (618) 236-8786
Facsimile: (217) 782-8767
E-Mail: Phoenix.Mason@ilag.gov
gls@ilag.gov