# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Bradley J. Cornille Sr., <br><br> Plaintiff, <br><br> v. <br><br> Percy Myers, *et al.,* <br><br> Defendants. | Case No. 3:24-cv-01202-SMY <br><br> Judge: Staci M. Yandle |

## **PLAINTIFFS MOTION FOR LEAVE TO FILE APPEARANCE RETROACTIVELY**

**COMES NOW** Plaintiffs, by and through their attorney Romanucci & Blandin, LLC, as for their Motion for Leave to File Appearance Retroactively, Plaintiff states as follows:

1. Plaintiff filed suit against Defendants on 5-01-2024. *See* ECF 1.

2. On May 1, 2025 this Court appointed Attorney Stephan H. Weil as Plaintiffs attorney in this matter. *See* ECF 46.

3. ECF 46 stated that "On or before MAY 15, 2025, assigned counsel shall enter his appearance."

4. Plaintiffs counsel had a calendaring error and therefore did not file an appearance on or before May 15, 2025

5. Plaintiff makes this request in good faith and not for the purposes of delay or dilatory tactic.

**WHEREFORE,** Plaintiffs, Bradley J. Cornille, Sr., respectfully requests that this Honorable Court grant their Motion for Leave to File their Appearance Retroactively and for all such other and further relief which this Honorable Court may deem just and proper.

Respectfully submitted,

/s/ Stephen H. Weil

ROMANUCCI & BLANDIN, LLC
Stephen H. Weil (Ill. Bar No. 6291026)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sweil@rblaw.net

*Attorney for Plaintiff*