### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-01202-SMY |
| ) | |
| Percy Myers, et al., ) | |
| ) | Judge: Staci M. Yandle |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

1. Plaintiff filed an amended complaint *pro se* on August 6, 2024. *See* ECF 9.

2. In the amended complaint, Plaintiff named two "Jane Doe" defendants.

3. On April 14, 2025, the Court directed the Warden to exchange information with Plaintiff to identify the two Doe Defendants by May 2, 2025 and gave Plaintiff until May 23, 2025 to file an amended complaint naming the Doe defendants. *See* ECF 40.

4. On April 23, the Court gave Plaintiff an extension until June 23, 2025 to identify Doe Defendants. *See* ECF 42.

5. The undersigned counsel was appointed to represent Plaintiff in this matter on May 1, 2025. *See* ECF 46.

6. The undersigned has contacted counsel for the Warden (Ms. Phoenix Mason) on multiple occasions, including an attempt by telephone, and by emails on June 11 and June 13, 2025, to request that Warden provide the information on the Doe defendants to the undersigned counsel.

7. As of the date of this filing counsel for the Warden has not responded.

8. In lieu of further attempts to contact counsel for the Warden, the undersigned counsel intends to seek leave under Rule 26(d) to take discovery to find out the identity of the two Doe defendants. The undersigned counsel anticipates that this discovery will take several weeks to complete.

**WHEREFORE**, Plaintiff requests an extension of 45 days to identify the defendants Jane Doe 1 and 3 as referred to in ECF 42, from June 23, 2025 to August 7, 2025.

Respectfully submitted,

/s/ Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
Stephen H. Weil (*Pro Hac Vice*)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sweil@rblaw.net

*Counsel for Plaintiff*