THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., B88097, )<br>)<br>Petitioner, )<br>)<br>v )<br>)<br>PERCY MYERS, PINCKNEYVILLE )<br>COMMUNITY HOSPITAL, SOUTHERN )<br>ILLINOIS HOSPITAL, JOHN )<br>DAVIDSON, JAMIE KARALES, )<br>CHRISTINE BROWN, JANE DOE 1, and )<br>JANE DOE 2, )<br>)<br>Defendants. ) | Case No. 24-cv-1202-SMY |

## NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Kyrstin Beasley, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of Defendants, CHRISTINE BROWN, JAMIE KARALES, and JOHN BARWICK, in the above cause.

                                              Respectfully submitted,

                                              CHRISTINE BROWN, JAMIE KARALES, and
                                              JOHN BARWICK

                                              Defendant,

Kyrstin Beasley, #6323618
Assistant Attorney General           KWAME RAOUL, Attorney General,
201 West Pointe Drive, Ste. 7               Attorney for Defendant,
Belleville, Illinois 62226
(618) 236-8784 Phone                     BY:    s/Kyrstin Beasley
(618) 236-8620 Fax                       Kyrstin Beasley, #6323618
Email: Kyrstin.Beasley@ilag.gov       Assistant Attorney General
& gls@ilag.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRADLEY J. CORNILLE, SR., B88097, ) <br> ) <br> Petitioner, ) <br> ) <br> v ) <br> ) <br> PERCY MYERS, PINCKNEYVILLE ) <br> COMMUNITY HOSPITAL, SOUTHERN ) <br> ILLINOIS HOSPITAL, JOHN ) <br> DAVIDSON, JAMIE KARALES, ) <br> CHRISTINE BROWN, JANE DOE 1, and ) <br> JANE DOE 2, ) <br> ) <br> Defendants. ) | Case No. 24-cv-1202-SMY |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 24, 2025, the foregoing document, ***Notice of Appearance***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen H. Weil – swel@rblaw.net
Jonathan M. Lively – jlively@smsm.com
Robert S. Tengesdal – rtengesdal@cktrials.com
Victor Franklin Price – vprice@cktrials.com

and I hereby that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

NONE

                               Respectfully submitted,

                               BY: s/Kyrstin Beasley
                               Kyrstin Beasley, #6323618
                               Assistant Attorney General
                               201 West Pointe Drive, Ste. 7
                               Belleville, Illinois 62226
                               (217) 236-8784 Phone
                               (217) 236-8620 Fax
                               Email: Kyrstin.Beasley@ilag.gov
                               & gls@ilag.gov