UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRADLEY J. CORNILLE, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-01202-SMY |
| | ) | |
| Percy Myers, et al., | ) | Judge: Staci M. Yandle |
| | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S IDENTIFICATION OF JANE DOE DEFENDANTS

Pursuant to the Court's Jane Doe Identification Order (ECF 25) and the Court's June 24, 2025 Order (ECF 54), Plaintiff Bradley Cornille, through Plaintiff's undersigned counsel, identifies the following "Jane Doe" defendants by first and last name:

Defendant Jane Doe #1 is identified as Desiree Sandifer.

Defendant Jane Doe #2 is identified as Sabrina Bathon.

Date: August 7, 2025

Respectfully submitted,

/s/ Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
Stephen H. Weil
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sweil@rblaw.net

*Counsel for Plaintiff*