# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Bradley J. Cornille, Sr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Percy Myers, et al., )<br>)<br>Defendants. ) | Case No. 24-cv-01202-SMY<br><br>Judge: Staci M. Yandle |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENTION OF TIME
TO FILE A MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**

Plaintiff Bradley Cornille, through his undersigned attorneys, moves this Court for an extension of time to file a motion for leave to amend Plaintiff's complaint. In support of his motion Plaintiff states as follows:

1. Plaintiff is incarcerated in the Illinois Department of Corrections. He filed the present action *pro se*.

2. The Court has appointed the undersigned counsel to represent Plaintiff. *See* ECF 24.

3. The Court ordered Plaintiff to file motion for leave to file amended complaint by December 4, 2025. *See* ECF 70

4. Plaintiff's incarceration makes compliance with this deadline difficult, as incarceration delays communication, particularly transmission of documents.

6. In light of the foregoing Plaintiff requests an extension of 30 days, to Monday, January 5, 2026, comply with the Court's order to file an amended complaint.

7. Plaintiff has contacted counsel for the defendants in this case, and is informed that Defendants do not oppose Plaintiff's request.

**WHEREFORE**, Plaintiff requests an extension of 30 days, to Monday, January 5, 2026, to provide file their motion for leave.

                                                Respectfully submitted,

/s/ Stephen H. Weil
**ROMANUCCI & BLANDIN, LLC**
Stephen H. Weil
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sweil@rblaw.net

*Counsel for Plaintiff*