UNITED STATES DISTRICT COURT FOR
THE STATE OF ILLINOIS
SOUTHERN DISTRICT

| | |
|---|---|
| *BRADLEY CORNILLE,*<br><br>Plaintiff,<br><br>v.<br><br>*PERCEY MYERS, WEXFORD HEALTH SOURCES, JAMIE KARALES, PINCKNEYVILLE COMMUNITY HOSPITAL, SOUTHERN ILLINOIS HOSPITAL, and JOHN DAVIDSON,*<br><br>Defendants. | Case No.  3:24-cv-01202-SMY<br><br>**DEFENDANT DEMANDS TRIAL BY JURY OF 12** |

**DEFENDANTS SOUTHERN ILLINOIS HOSPITAL SERVICES d/b/a SIH MEMORIAL HOSPITAL OF CARBONDALE AND JOHN DAVIDSON'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO FILE AN AFFIDAVIT PURSUANT TO 735 ILCS 5/2-622**

COME NOW Defendants Southern Illinois Hospital Services d/b/a SIH Memorial Hospital of Carbondale, incorrectly named as Southern Illinois Hospital, and John Davidson, by and through their attorneys, and pursuant to 735 ILCS 5/2-619 and 735 ILCS 5/2-622, move this Court to dismiss Plaintiff's Second Amended Complaint, and in support thereof, state as follows:

1.      On May 1, 2024, Plaintiff filed a Complaint involving a fall he allegedly suffered on September 2, 2023, and the medical evaluation he thereafter received at Illinois Hospital Services d/b/a SIH Memorial Hospital of Carbondale for that fall.  *See generally* Plaintiff's Complaint.

2.      On July 11, 2024, this Court dismissed Plaintiff's Complaint for improperly joined claims and parties in violation of Federal Rules of Procedure 8 and 18 through 21 and granted

Page 1 of 5

430835.1

Plaintiff leave to file an Amended Complaint by August 9, 2024. *See* Hon. Staci Yandle's July 11, 2024 Order attached hereto as Exhibit A.

3.      On August 6, 2024, Plaintiff filed his First Amended Complaint, which again identified SIH Memorial Hospital of Carbondale and John Davidson as Defendants. *See generally* Plaintiff's First Amended Complaint.

4.      On January 23, 2025, this Court dismissed Plaintiff's medical negligence claims against SIH Memorial Hospital of Carbondale and Mr. Davidson for failure to state a claim. *See* Hon. Staci Yandle's January 23, 2025 Order attached hereto as Exhibit B.

5.      Plaintiff was also warned he had not provided the necessary affidavit pursuant to 735 ILCS 5/2-622 stating there is reasonable and meritorious cause for his medical negligence claim against each defendant. *See id.*

6.      Over one year later on January 26, 2026, Plaintiff filed his Second Amended Complaint alleging medical negligence against SIH Memorial Hospital of Carbondale and John Davidson again arising out of treatment received on September 2, 2023. *See generally* Plaintiff's Second Amended Complaint.

7.      Specifically, Plaintiff alleges SIH Memorial Hospital of Carbondale and John Davidson breached the applicable standard of care by failing to order an MRI in response to his CT scan results in order to better evaluate his neurological symptoms. *See* Plaintiff's Second Amended Complaint, ¶ 68.

8.      As a result of Illinois Hospital Services d/b/a SIH Memorial Hospital of Carbondale and John Davidson's negligence, Plaintiff claims he suffered permanent neurological damage. *See id.*, ¶ 70.

430835.1

9. Pursuant to 735 ILCS 5/2-622(a)(1), the Plaintiff in a healing arts malpractice action must file an affidavit declaring that he or she has consulted and reviewed the facts of the case with a health care professional who believes there is a reasonable and meritorious cause for the filing of such action. *See* 735 ILCS 5/2-622(a)(1).

10. Specifically, the affidavit must declare the affiant has consulted and reviewed the facts of the case with a qualified health professional who, after review of the medical records and other relevant material involved, determined there is a reasonable and meritorious cause for filing such action. *See id.*

11. Additionally, "[a] copy of the written report clearly identifying the Plaintiff and the reasons for the reviewing health professional's determination that a reasonable and meritorious cause for the filing of the action exists, must be attached to the affidavit." *See id.*

12. The failure to file an affidavit and certificate as required by 735 ILCS 5/2-622 is grounds for dismissal under 735 ILCS 5/2-619. *See* 735 ILCS 5/2-622(g).

13. Further, plaintiffs that proceed pro se are not granted an exception from the filing requirements set forth in 735 ILCS 5/2-622. *See Buechel v. U.S.*, 646 F. Supp. 2d 1038, 1040 (S.D. Ill. 2009) (dismissing pro se prisoner's medical malpractice claim for failure to attach a physician's certificate of merit to the complaint).

14. Here, Plaintiff did not attach an affidavit or certificate to the Complaint, nor did he request an extension to do so <u>as contemplated in</u> 735 ILCS 5/2-622(a).

15. To date, Plaintiff has not filed the requisite affidavit and report pursuant to 735 ILCS 5/2-622(a).

430835.1

16.     The Illinois Supreme Court has held that the purpose of this statute's affidavit requirement is to eliminate frivolous suits at the pleading stage. *DeLuna v. St. Elizabeth's Hosp.*, 147 Ill.2d 57, 65-66 (1992); *Hobbs v. Lorenz*, 337 Ill.App.3d 566, 570 (2nd Dist. 2003).

17.     Moreover, even where the cause of action is not necessarily frivolous, dismissal is appropriate whenever the plaintiff fails to provide the requisite affidavit and report. *Cuthbertson v. Axelrod*, 282 Ill.App.3d 1027, 1034 (1st Dist. 1996); *Calamari v. Drammis*, 286 Ill.App.3d 420, 432 (1st Dist. 1997).

18.     Because Plaintiff has failed to timely and properly satisfy the requirements set forth by 735 ILCS 5/2-622, Plaintiff's Second Amended Complaint must be dismissed as to SIH Memorial Hospital of Carbondale and John Davidson pursuant to 735 ILCS 5/2-619.

WHEREFORE, Defendants Southern Illinois Hospital Services d/b/a SIH Memorial Hospital of Carbondale, incorrectly named as Southern Illinois Hospital, and John Davidson respectfully request this Court dismiss Plaintiff's Second Amended Complaint, and for any further relief this Court deems just and proper.

BARTOSIAK MAKEPEACE, P.C.

By:     */s/ Hayley C. Bohnert*
        Nicole C. Larch, #6282119
        Hayley C. Bohnert, #6333943
        8866 Ladue Road, Suite 260
        St. Louis, MO  63124
        314.269.8701
        314.665.1387 (Fax)
        nlarch@bmlblaw.com
        hbohnert@bmlblaw.com
        *Attorneys for Defendants Southern Illinois Hospital*
        *Services d/b/a SIH Memorial Hospital of*
        *Carbondale and John Davidson*

Page 4 of 5

430835.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 13th day of July 2026, the foregoing was filed electronically with the Clerk of Court through ECF and was served upon all counsel of record via the court's CM/ECF filing system.

Stephen H. Weil
Romanucci & Blandin, LLC
sweil@rblaw.net
*Attorneys for Plaintiff*

Robert S. Tengesdal
Victor F. Price
Connolly Krause, LLC
rtengesdal@cktrials.com
vprice@cktrials.com
*Attorneys for Defendant Percy Myers*

Kyrstin Beasley
Assistant Attorney General
Kyrstin.beasley@ilag.gov
gls@ilag.gov
*Attorneys for Defendant Jamie Karales*

*/s/ Hayley C. Bohnert*

430835.1